1030

THE CITY OF SPOKANE, *Respondent*, v. BLAYNE L. DUTTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-04741-6, Kathleen M. O'Connor, J., entered December 16, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

*In the Matter of the Parental Rights to* J.B. ET AL.

Appeals from a judgment of the Superior Court for Stevens County, No. 13-7-00107-8, Allen Nielson, J., entered December 29, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ALAN WINTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-01080-5, Alex Ekstrom, J., entered February 11, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.